**Entered on Docket**
**September 17, 2013**

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  James P. Hill, CA SBN 90478 (Pro Hac Vice)
  Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　　Debtor.<br><br>Affects:<br>　☒ All Debtors<br><br>WILLIAM A. LEONARD, JR., Chapter 7 Trustee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SULLIVAN GROUP,<br><br>　　　　　Defendant. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ;  BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ;  BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ;  BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ;  BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ;  BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ;  BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ;  BK-S-09-32882-RCJ<br><br>Chapter 7<br><br>ADV. CASE NO. 11-01301<br><br>**JUDGMENT BY DEFAULT**<br><br>Ctrm:　RCJ-Courtroom 6<br>　　　　Bruce R. Thompson Federal Building<br>　　　　400 S. Virginia Street<br>　　　　Reno, NV 89501<br>Judge: Hon. Robert C. Jones |

355755-v1

- 1 -

1  Default was entered against Defendant Sullivan Group ("Defendant") on July 9, 2013.
2 Pursuant to Rule 7055 of the Local Rules of Bankruptcy practice and after review of the motion for
3 default judgment ("Motion"), the record, and the declaration of Jonathan S. Dabbieri and other
4 evidence filed in support thereof, the Court grants the Motion and enters final judgment in this case,
5 as follows:

6  **IT IS HEREBY FINALLY ADJUDGED AND DECREED THAT:**

7  Silar Advisors, LP shall hereby have and recover from Defendant Sullivan Group damages in
8 the amount of $303,892.00, with post-judgment interest to accrue at the statutory rate from entry of
9 this default judgment until paid. All costs shall be taxed to Defendant.

10  **IT IS SO ORDERED.**
11  Dated this 16th day of September, 2013.

12  _____
13  Honorable Robert C. Jones

14 Respectfully Submitted By:

15 SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

16
By:          */s/ Jonathan S. Dabbieri*
17       James P. Hill
       Jonathan S. Dabbieri
18       Elizabeth E. Stephens
       Attorneys for Chapter 7 Trustee,
19       William A. Leonard, Jr.

####

355755-v1                                    - 2 -